# United States District Court for the Northern District of Illinois

Case Number: 08v3058                  Assigned/Issued By: j. n.

Judge Name: coar                       Designated Magistrate Judge: nolan

## FEE INFORMATION

*Amount Due:*  ☑ $350.00    ☐ $39.00    ☐ $5.00
               ☐ IFP        ☐ No Fee    ☐ Other _____
               ☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                           Receipt #: 2801828

Date Payment Rec'd: 5-27-08                Fiscal Clerk: j. n.

## ISSUANCES

☑ Summons                                  ☐ Alias Summons

☐ Third Party Summons                      ☐ Lis Pendens

☐ Non Wage Garnishment Summons             ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons       _____
                                           _____
☐ Citation to Discover Assets              (Victim, Against and $ Amount)

☐ Writ _____
        (Type of Writ)

_1_ Original and _0_ copies on _5/27/08_ as to _defendant_
                                 (Date)

C:\wpwin80\docket\feeinfo.frm   03/14/05