TYPE LAW                SHERIFF'S OFFICE OF COOK COUNTY, ILLINOIS            DISTRICT 018

SHERIFF'S NUMBER 068903-001D  CASE NUMBER 08CV3058     DEPUTY: _Thomas 535_____

FILED DT 05-28-2008  RECEIVED DT 05-28-2008  DIE DT 06-12-2008  MULTIPLE SERVICE  1
    DEFENDANT                                          ATTORNEY
GOODWILL RETAIL SERVICES INC                           STEPHAN ZOURAS LLP
819 S WABASH AV                                        205 N MICHIGAN AV 2560
CHICAGO IL. 60605                                      CHICAGO IL. 00000
4TH FLOOR
PLAINTIFF ALISHA BRYANT                                                    FOREIGN

SERVICE INFORMATION:  C/O JOHN L MILLER UNITED STATES DIST COURT     RS

*****************************************************************************
(A)   I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
        NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
        AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
        RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
        THE CONTENTS THEREOF.  ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
        _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
        PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
     X  SAID PARTY REFUSED NAME _____
.....3 SERVICE ON:  CORPORATION  X  COMPANY ____ BUSINESS ____ PARTNERSHIP ____
        BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
        REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER OF THE DEFENDANT.
.....4 CERTIFIED MAIL _____

(B)   THOMAS J. DART, SHERIFF, BY:  _____JSBS_____, DEPUTY
      1  SEX _F_ M/F    RACE _B_    AGE _45_
      2  NAME OF DEFENDANT GOODWILL RETAIL SERVICES INC
         ___ WRIT SERVED ON __Vicki Coffey__
         THIS _2_ DAY OF _June_, 20_08_ TIME _11:55_ A.M./P.M.

ADDITIONAL REMARKS _____

*****************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG  _____                     ATTEMPTED SERVICES

NEIGHBORS NAME _____              DATE       TIME   A.M./P.M.

         ADDRESS _____             _____   ___:___  _____

         REASON NOT SERVED:                   _____   ___:___  _____
                    07 EMPLOYER REFUSAL
___ 01 MOVED       ___ 08 RETURNED BY ATTY    _____   ___:___  _____
___ 02 NO CONTACT  ___ 09 DECEASED
___ 03 EMPTY LOT   ___ 10 BLDG DEMOLISHED     _____   ___:___  _____
___ 04 NOT LISTED  ___ 11 NO REGISTERED AGT.
___ 05 WRONG ADDRESS ___ 12 OTHER REASONS     _____   ___:___  _____
___ 06 NO SUCH ADDRESS ___ 13 OUT OF COUNTY
                                              _____   ___:___  _____

FEE   .00    MILEAGE   .00   TOTAL   .00                        SG10

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| ALISHA BRYANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-cv-3058 |
| | ) |
| GOODWILL RETAIL SERVICES, INC. | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF FILING

To:   Goodwill Retail Services, Inc.
      c/o John L. Miller
      819 S. Wabash
      4th Floor
      Chicago, Illinois 60605

PLEASE TAKE NOTICE that on June 9th, 2008, the attached PROOF OF SERVICE was filed electronically on behalf of the Plaintiff with the United States District Court in the Northern District of Illinois.

Respectfully submitted,

_____
One of the Attorneys for Plaintiff

STEPHAN ZOURAS, LLP
Attorneys for Plaintiff
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
(312) 233-1550

## CERTIFICATE OF SERVICE BY MAIL

I hereby certify that on June 9th, 2008, I electronically filed the foregoing **Proof of Service** with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record, and I hereby certify that I have mailed by United States Postal Service the paper to the above-referenced non-ECF participant.

_____

SUBSCRIBED AND SWORN
TO BEFORE ME THIS 9th DAY
OF June, 2008.

_____
Notary Public

IRENE M WEBER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 13, 2011