IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| ALISHA BRYANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08-cv-3058 |
| | ) |
| GOODWILL RETAIL SERVICES, INC. | ) |
| | ) |
| Defendant. | ) |

## JOINT MOTION TO APPROVE RESOLUTION AND DISMISS

Plaintiff Alisha Bryant ("Bryant") and Defendant Goodwill Retail Services, Inc., ("Defendant" or "Goodwill"), request that the Court approve the resolution of Bryant's claims and dismiss this matter with prejudice. The parties state as follows in support of their motion:

1. On or about May 27, 2008, Plaintiff filed a Complaint in the United States District Court for the Northern District of Illinois, Eastern Division, alleging, in part, that Plaintiff Bryant worked hours for which she allegedly was not paid. Specifically, Plaintiff alleged that she was not paid for all hours worked and had received meal and break period deductions that had not been taken. Compl. ¶ 5.

2. Plaintiff brought her claims under the Fair Labor Standards Act ("FLSA"), the Illinois Minimum Wage Law ("IMWL") and the Illinois Wage Payment and Collection Act ("IWPCA"). Goodwill denied Bryant's allegations.

3. On or about July 29, 2008, Goodwill and Bryant reached an amicable resolution of Bryant's claims.

4. The parties agree that, subject to court approval, this dispute has been resolved.

5. The parties seek Court approval of this resolution because this case includes claims under the FLSA.

6. Claims under the FLSA may not be waived by purely private agreement; a valid waiver can be accomplished, however, by court approval of the resolution, especially with a finding that a resolution is fair, reasonable, and adequate. *E.g., Schulte v. Gangi*, 328 U.S. 108 (1946); *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1983). The parties therefore request that the Court approve this resolution and find it fair, reasonable, and adequate.

WHEREFORE, Plaintiff Alisha Bryant and Defendant Goodwill Retail Services, Inc. request that the Court approve the resolution of Bryant's claims and dismiss this action with prejudice, each side to bear their own attorney's fees and costs except as agreed upon by the parties.

Respectfully submitted,

| GOODWILL RETAIL SERVICES, INC. | ALISHA BRYANT |
|---|---|
| By: _s/ Brian P. Paul_<br>One Of Its Attorneys | By: /s/ Ryan F. Stephan_<br>One Of Her Attorneys |
| Brian P. Paul (#6286839)<br>MICHAEL BEST & FRIEDRICH LLP<br>Two Prudential Plaza<br>180 North Stetson Avenue, Suite 2000<br>Chicago, Illinois 60601<br>(312) 222-0800 (telephone)<br>(312) 222-0818 (facsimile)<br>bppaul@michaelbest.com | Ryan F. Stephan<br>James B. Zouras<br>STEPHAN ZOURAS, LLP<br>205 North Michigan Avenue, Suite 2560<br>Chicago, Illinois 60601<br>(312) 233-1550 (telephone)<br>(312) 233-1560 (facsimile) |

Dated: August 1, 2008