IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALISHA BRYANT, | ) |
|       Plaintiff, | ) Case No. 08 CV 3058 |
| v. | ) Judge David H. Coar |
| GOODWILL RETAIL SERVICES, INC. | ) Magistrate Judge Nan R. Nolan |
|       Defendant. | ) |

## NOTICE OF MOTION

To: David Croysdale
100 East Wisconsin Avenue
Suite 3300
Milwaukee, Wisconsin 53202-4108

PLEASE TAKE NOTICE that on Wednesday, August 13, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge David H. Coar, at the Everette J. Dirksen Building, 219 S. Dearborn Street, Room 1419, Chicago, Illinois 60604 and present PARTIES' JOINT MOTION TO APPROVE RESOLUTION AND DISMISS.

Respectfully Submitted,

/s/ Ryan F. Stephan
One of Attorneys for Plaintiff

STEPHAN ZOURAS, LLP
Attorneys for Plaintiff
205 N. Michigan Avenue
Suite 2560
Chicago, Illinois 60601
(312) 233-1550
(312) 233-1560 f

## CERTIFICATE OF SERVICE BY MAIL

I hereby certify that on August 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: None.

*Megan Babowice*

SUBSCRIBED AND SWORN
TO BEFORE ME THIS 7th DAY
OF August, 2008.

_____
Notary Public



IRENE M WEBER
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
July 13, 2011