Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3058 | **DATE** | 8/13/2008 |
| **CASE TITLE** | Alisha Bryant vs. Goodwill Retail Services, Inc | | |

**DOCKET ENTRY TEXT**

Motion hearing held on 8/13/2008 regarding # 8. Parties' Joint Motion to Approve Resolution and Dismiss is Granted. This action is dismissed with prejudice. Civil case terminated. ENTER AGREED ORDER

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:01

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|

