IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALISHA BRYANT, | ) |
| | ) |
| Plaintiff, | ) Case No. 08 CV 3058 |
| | ) |
| v. | ) Judge David H. Coar |
| | ) |
| GOODWILL RETAIL SERVICES, INC. | ) Magistrate Judge Nan R. Nolan |
| | ) |
| Defendant. | ) |

### AGREED ORDER

THIS MATTER coming to be heard before the Court on Parties' Joint Motion to Approve Resolution and Dismiss, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED that this cause is dismissed with prejudice.

Dated: 8-13-08

The Honorable Judge David H. Coar
United States District Judge

*[Stamp: RECEIVED AUG 0 7 2008 / AUG 07 2008 JUDGE DAVID H. COAR]*